# United States Court of Appeals for the Federal Circuit

---

January 20, 2011

**ERRATA**

---

Appeal No. 2010-1147

**PAPIERFABRIK AUGUST KOEHLER AG** AND
**KOEHLER AMERICA, INC.,**
*Plaintiffs-Appellants,*

**AND**

**MITSUBISHI INTERNATIONAL CORPORATION,
MITSUBISHI HITEC PAPER FLENSBURG GMBH,**
AND **MITSUBISHI HITEC PAPER BIELEFELD
GMBH,**
*Plaintiffs,*

**v.**

**UNITED STATES,**
*Defendant,*

**AND**

**INTERNATIONAL TRADE COMMISSION,**
*Defendant-Appellee,*

**AND**

**APPLETON PAPERS INC.,**
*Defendant-Appellee.*

Decided:  January 11, 2011
Nonprecedential Opinion

_____

Please make the following change:

Page 7, line 5, change "19 U.S.C. § 156a(b)(1)(B)(i)" to
--19 U.S.C. § 1516a(b)(1)(B)(i)--.